| Fill in this information to identify your case: | |
| --- | --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **SK Global Trading Inc.** | |
| 2. | All other names debtor used in the last 8 years | | |
| | Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-2914511 | |
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **29 W 30th St** | |
| | | **New York, NY 10001-4404** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) | |
| | | ☐ Partnership (excluding LLP) | |
| | | ☐ Other. Specify: _____ | |

Debtor    **SK Global Trading Inc.**
_____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4249__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **SK Global Trading Inc.**                                    Case number (*if known*) _____
             Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

          Contact name      _____

          Phone             _____

---

▓ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SK Global Trading Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is trued and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on    **March 22, 2018**
               MM / DD / YYYY

X _____     **Abdul Shamim**
     Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

X _____    Date   **March 22, 2018**
   Signature of attorney for debtor                            MM / DD / YYYY

**Kevin J. Nash**
Printed name

**Goldberg Weprin Finkel Goldstein LLP**
Firm name

**1501 Broadway 22nd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 221-5700**     Email address   **knash@gwfglaw.com**

**Kevin J. Nash**
Bar number and State

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                            Chapter 11

SK Global Trading  Inc.,                                          Case No.

                                 Debtor.

------------------------------------------------------------x

### DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Abdul Shamim declares the following pursuant to 28 U.S.C. § 1746:

1.    I am the sole shareholder and president of SK Global Trading Inc. (the "Debtor").  I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's Chapter 11 filing.

**The Debtor's Business**

2.    The Debtor was organized in 2013, and primarily operates a wholesale business selling perfume products, fragrances and watches, with some retail sales of 3-8% of total volume.

3.    The Debtor maintains offices at 29 West 30th Street, New York, New York pursuant to lease dated February 5, 2018 (the "Lease") with 29 West Manager LLC as landlord (the "Landlord"). The Lease expires on or about December 31, 2020 and provides for a current monthly rent of $36,000 per month.

4.    In turn, the Debtor subleases parts of the premises to three subtenants, Marine Imports, Sika Cash and Cellular & Accessories Depot, Inc., which pay total sublease rents of $21,000.  Thus, the Debtor effectively pays $15,000 of rent per month.

5.      The Debtor generated total sales revenues of approximately $2,139,000 in 2016 and approximately $2,376,702 in 2017.

**Events Leading to Chapter 11**

6.      The Debtor's need for Chapter 11 relief arises out of an on-going dispute with the New York State Department of Taxation and Finance ("NYS") relating to a sales tax audit, involving the Debtor and the Debtor's predecessor, Anika USA, Inc. ("Anika"). Following this audit, the Debtor was assessed total unpaid sales tax liability of approximately $1,301,770.86, including interest and penalties for years 2009-2015.

7.      This assessment is erroneous and overstated; it is the product of a poorly designed audit methodology under which NYS analyzed only one quarter in 2010 during the summer months (June, July and August), which is the busiest season.  Additionally, the assessment period overlapped between business conducted by Anika and the Debtor, and did not reflect that the vast bulk of the Debtor's activities involved non-taxable wholesale sales.  Indeed, NYS ignored that the Debtor maintained a wholesale tax id number.

8.      Although Anika ceased operating in 2013, NYS improperly deemed the Debtor a successor of Anika, and used a sample period in 2010 that was not reflective of the Debtor's actual sales tax liability, if any.

9.      Moreover, the accountant who handled the audit for the Debtor was ill-prepared and could not produce customer invoices reflecting wholesale transactions, because the Debtor's business records were apparently lost by the police in connection with an investigation of certain counterfeit goods.

10.      Although the Debtor paid a modest fine of $1,000, and subsequently sued the police department in an attempt to recover the business records, the lost records hampered the

2

Debtor's ability to properly defend itself in connection with the tax audit. Without copies of customer invoices, NYS refused to recognize that the Debtor is a wholesaler, which, again, is generally not responsible for sales taxes.

11.    The Debtor intends to challenge the NYS tax claim in bankruptcy, with a view of obtaining a fair and proper reduction based upon a more fulsome understanding of the nature of the Debtor's business. Because the Debtor is and remains a wholesaler, it never collected the alleged sales taxes in the first place, and has no ability to pay a million dollar plus sales tax liability.

12.    In sum, whatever retail sales the Debtor made included collection and payment of sales tax.

### Statements Pursuant to Local Rule 1007-2

13.    Pursuant to Local Rule 1007-2(a)(2 and 3), no committees were formed prior to the filing of the Petition.

14.    Pursuant to Local Rule 1007-2(a)(4), a list of the names and addresses of the creditors holding the 20 largest unsecured claims against the Debtor is attached hereto.

15.    Pursuant to Local Rule 1007-2(a)(5), the Debtor has no secured creditors.

16.    Pursuant to Local Rule 1007-2(a)(6), a summary of the assets and liabilities of the Debtor is set forth in the Schedules.

17.    Pursuant to Local Rule 1007-2(a)(7), the undersigned is the Debtor's sole equity holder, officer and director of the Debtor.

18.    Pursuant to Local Rule 1007-2(a)(8), none of the Debtor's property or assets are in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor.

3

19.     Pursuant to Local Rule 1007-2(a)(9), the Debtor owns no real property, but is a tenant under a commercial lease with 29 West Manager LLC.

20.     Pursuant to Local Rule 1007-2(a)(10), the Debtor's books and records are maintained by the Debtor at 29 West 30th Street, New York, NY.

21.     Pursuant to Local Rule 1007-2(a)(11), a schedule of pending lawsuits is attached hereto.

22.     Pursuant to Local Rule 1007-2(a)(12), I am the sole Officer of the Debtor, and receive a salary of $550 per week, as part of a total weekly payroll of approximately $2,000, covering three other employees.

Dated: New York, New York
       March 22, 2018

/s/ Abdul Shamim

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                          Chapter 11

SK Global Trading Inc.                                          Case No.

                              Debtor.
-----------------------------------------------------------x

## CORPORATE RESOLUTION

      At a special meeting of the Shareholders and Directors of SK Global Trading Inc.

(the "Company") held on March 22 2018, and after motion duly made, seconded and

unanimously carried, it was:

> **RESOLVED**, that Abdul Shamim, as the President, sole Director and Shareholder of the Company, is authorized to execute a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code on behalf of the Company and to cause the filing thereof in the United States Bankruptcy Court for the Southern District of New York; and it is further

> **RESOLVED**, that the Company be and the same, is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel, for the purposes of prosecuting the Chapter 11 case.

Dated: New York, New York
       March 22, 2018

                                    SK Global Trading Inc.

By: _____
                Name:  Abdul Shamim
                Title:   President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                              Chapter 11

SK Global Trading  Inc.                             Case No.

                            Debtor.

---------------------------------------------------------------x

### RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, SK Global Trading  Inc. hereby certifies

that it is a private, non-governmental party, and has no corporate parent, affiliates and/or

subsidiaries which are publicly held.

Dated: New York, New York
       March 22, 2018

                        SK Global Trading  Inc.

                        By:    _____
                               Name:  Abdul Shamim
                               Title:   President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                             Chapter 11

SK Global Trading Inc.                             Case No.


                              Debtor.
--------------------------------------------------------x

### EQUITY INTEREST HOLDERS

      Abdul Shamim              100%


Dated: New York, New York
       March 22, 2018

                          SK Global Trading Inc.



                    By: _____
                         Name:  Abdul Shamim
                         Title:   President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

SK Global Trading  Inc.,                            Case No.

                           Debtor.
-----------------------------------------------------------x

### SCHEDULE OF PENDING LAWSUITS

NYS Bureau of Conciliation and Mediation Services
Notice ID L-046970118-72
Attention: Linda Foppiano


Dated: New York, New York
     March 2R, 2018


             SK GLOBAL TRADING, INC.

         By:   _____
             Name: Abdul Shamim
             Title:   President

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **SK Global Trading Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abdul Shamim 5056 46th St Woodside, NY 11377-7325 | | | | | | $80,000.00 |
| Albani Corp 1651 NW 93rd Ave Miami, FL 33172-2920 | | Goods and Services | | | | $5,311.00 |
| B&S Fragrances and Cosmetics Inc 25 Ranick Rd Hauppauge, NY 11788-4208 | | Goods and Services | | | | $136,000.00 |
| BB Trading Worldwide, Inc 8299 NW 30th Ter Miami, FL 33122-1913 | | Goods and Services | | | | $21,132.80 |
| Cosmopolitan Cosmetics, Inc 145 51st St Brooklyn, NY 11232-4314 | | | | | | $87,929.00 |
| French Perfumes International Inc 111 Snyder Rd South Plainfield, NJ 07080-1915 | | | | | | $18,951.00 |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor __SK Global Trading Inc._____    Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JPMorgan Chase Bank PO Box 6026 Chicago, IL 60680-6026 | | | Disputed | | | $70,733.63 |
| LA Fragrances, Inc 18480 Pacific St Fountain Valley, CA 92708-7005 | | | | | | $48,550.55 |
| Miami Perfume Junction 2851 NW 107th Ave Doral, FL 33172-2130 | | | | | | $132,599.00 |
| Mod Textile and Perfumes Inc 3601 Vineland Rd Ste 11 Orlando, FL 32811-6474 | | | | | | $30,780.00 |
| NYS Dep't of Taxation Bankruptcy/Special Procedure PO Box 5300 Albany, NY 12205-0300 | | | Unliquidated Disputed | | | $1,301,770.86 |
| NYS Department of Labor New York State Department of Labor, PO Box 15130 Albany, NY 12212-5130 | | Taxes | Unliquidated Disputed | | | $0.00 |
| Park Fragrance 70 W 36th St Rm 4B New York, NY 10018-8040 | | | | | | $28,702.00 |
| Perfume Center of America 2020 Ocean Ave Ronkonkoma, NY 11779-6536 | | | | | | $161,000.00 |
| Perfume of the World 2503 Southwell Rd Dallas, TX 75229-4623 | | | | | | $30,000.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor  **SK Global Trading Inc.**                                           Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quester (US) ent Inc**<br>**29 Grove St**<br>**Hackensack, NJ**<br>**07601-5324** | | | | | | **$18,682.50** |
| **Risona Inc**<br>**1 Keats Pl**<br>**Hicksville, NY**<br>**11801-2640** | | | | | | **$11,988.50** |
| **Sahar USA Inc**<br>**2029 83rd St**<br>**North Bergen, NJ**<br>**07047-4710** | | | | | | **$25,952.00** |
| **Scents Forever, Inc**<br>**115 Bloomingdale Rd**<br>**Hicksville, NY**<br>**11801-6508** | | | | | | **$12,500.00** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name      **SK Global Trading Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

▣  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

▣  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

▣  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

▣  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

▣  *Schedule H: Codebtors* (Official Form 206H)

▣  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule _____

▣  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

▣  Other document that requires a declaration    **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2018**          X  _____
                                        Signature of individual signing on behalf of debtor

**Abdul Shamim**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **SK Global Trading Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

| 3. | Checking, savings, money market, or financial brokerage accounts *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | TD Bank | Operating Account | _____ | $1,600.00 |
| 3.2. | TD Bank | Savings Account | _____ | $3,900.00 |

4. Other cash equivalents *(Identify all)*

| 5. | Total of Part 1. | | $5,500.00 |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

| 7. | Deposits, including security deposits and utility deposits | | |
|---|---|---|---|
| | Description, including name of holder of deposit | | |
| 7.1. | Landlord Rent Security | | $72,000.00 |

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor   **SK Global Trading Inc.**                                    Case number *(If known)* _____
_____
         Name

9.    **Total of Part 2.**                                                    | $72,000.00 |

      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **22.   Other inventory or supplies** Inventory | | $437,000.00 | Wholesale Cost | $437,000.00 |

23.   **Total of Part 5.**                                                    | $437,000.00 |

      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                page 2

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor    **SK Global Trading Inc.**                                    Case number *(if known)* _____
_____
Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures**<br>    Store fixtures | $40,000.00 | | $40,000.00 |

**41.    Office equipment, including all computer equipment and communication systems equipment and software**

**42.    Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.    Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                    **$40,000.00**

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **SK Global Trading Inc.**
Name

Case number *(If known)*

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $72,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $437,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $554,500.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $554,500.00 |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Fill in this information to identify the case:

Debtor name    **SK Global Trading Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name  **SK Global Trading Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). **Number the entries in Parts 1 and 2
in the boxes on the left.** If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
     priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Internal Revenue Service** **Centralized Insolvency Operations** **PO Box 7346** **Philadelphia, PA 19101-7346** | ☐ Contingent ☑ Unliquidated ☑ Disputed | | |
| _____ Date or dates debt was incurred | Basis for the claim: **For notice purposes only.** | | |
| _____ Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|
| **NY City Department of Finance** **Bankruptcy Unit** **345 Adams St Fl 3** **Brooklyn, NY 11201-3719** | ☐ Contingent ☑ Unliquidated ☑ Disputed | | |
| _____ Date or dates debt was incurred | Basis for the claim: **For notice purposes only** | | |
| _____ Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| Debtor | SK Global Trading Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### 2.3

**Priority creditor's name and mailing address**

NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$1,301,770.86      $1,301,770.86

**Date or dates debt was incurred**

**Basis for the claim:**
Disputed sales taxes

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

Is the claim subject to offset?
☒ No
☐ Yes

### 2.4

**Priority creditor's name and mailing address**

NYS Department of Labor
New York State Department of Labor,
PO Box 15130
Albany, NY 12212-5130

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

$0.00      $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
For notice purposes only.

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)**

Is the claim subject to offset?
☒ No
☐ Yes

---

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1

**Nonpriority creditor's name and mailing address**

Abdul Shamim

5056 46th St
Woodside, NY 11377-7325

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Is the claim subject to offset? ☒ No ☐ Yes

$80,000.00

### 3.2

**Nonpriority creditor's name and mailing address**

Albani Corp

1651 NW 93rd Ave
Miami, FL 33172-2920

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☒ No ☐ Yes

$5,311.00

### 3.3

**Nonpriority creditor's name and mailing address**

B&S Fragrances and Cosmetics Inc

25 Ranick Rd
Hauppauge, NY 11788-4208

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __**

Is the claim subject to offset? ☒ No ☐ Yes

$136,000.00

---

| Debtor | **SK Global Trading Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,132.80** |
|---|---|---|---|

**BB Trading Worldwide, Inc**

8299 NW 30th Ter
Miami, FL 33122-1913

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,929.00** |
|---|---|---|---|

**Cosmopolitan Cosmetics, Inc**

145 51st St
Brooklyn, NY 11232-4314

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,951.00** |
|---|---|---|---|

**French Perfumes International Inc**

111 Snyder Rd
South Plainfield, NJ 07080-1915

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,733.63** |
|---|---|---|---|

**JPMorgan Chase Bank**

PO Box 6026
Chicago, IL 60680-6026

Date(s) debt was incurred _
Last 4 digits of account number  1004

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  Debt of Anika USA, Inc

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,550.55** |
|---|---|---|---|

**LA Fragrances, Inc**

18480 Pacific St
Fountain Valley, CA 92708-7005

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,599.00** |
|---|---|---|---|

**Miami Perfume Junction**

2851 NW 107th Ave
Doral, FL 33172-2130

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,780.00** |
|---|---|---|---|

**Mod Textile and Perfumes Inc**

3601 Vineland Rd Ste 11
Orlando, FL 32811-6474

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SK Global Trading Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,702.00 |
|---|---|---|---|
| | Park Fragrance | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 70 W 36th St Rm 4B | ☐ Disputed | |
| | New York, NY 10018-8040 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,000.00 |
|---|---|---|---|
| | Perfume Center of America | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2020 Ocean Ave | ☐ Disputed | |
| | Ronkonkoma, NY 11779-6536 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|
| | Perfume of the World | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2503 Southwell Rd | ☐ Disputed | |
| | Dallas, TX 75229-4623 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,682.50 |
|---|---|---|---|
| | Quester (US) ent Inc | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 29 Grove St | ☐ Disputed | |
| | Hackensack, NJ 07601-5324 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,988.50 |
|---|---|---|---|
| | Risona Inc | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 1 Keats Pl | ☐ Disputed | |
| | Hicksville, NY 11801-2640 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,952.00 |
|---|---|---|---|
| | Sahar USA Inc | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 2029 83rd St | ☐ Disputed | |
| | North Bergen, NJ 07047-4710 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|
| | Scents Forever, Inc | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | 115 Bloomingdale Rd | ☐ Disputed | |
| | Hicksville, NY 11801-6508 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

Debtor    **SK Global Trading Inc.**                              Case number (if known) _____
          _____
          Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1    **Linda Foppiano**<br>**Bureau of Conciliation and Mediation Ser**<br>**15 Metrotech Ctr Fl 5**<br>**Brooklyn, NY 11201-3826** | Line  2.3<br><br>☐  Not listed. Explain _____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 1,301,770.86 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 920,811.98 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 2,222,582.84 |

Fill in this information to identify the case:

Debtor name   **SK Global Trading Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease for Premises at 29 West 30th Street, NY. NY** | |
| | State the term remaining | **Through 12/2020** | |
| | List the contract number of any government contract | | **29 West Managers LLC** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cellular & Accessories Depot Inc.** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marine Imports** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sika Cash** |

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Fill in this information to identify the case: |
|---|

Debtor name   **SK Global Trading Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Anika USA Inc. | | JPMorgan Chase Bank | ☐ D _____<br>☑ E/F  3.7<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SK Global Trading Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

    **1a. Real property:**
    Copy line 88 from *Schedule A/B* ...........................................................    $    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B* .........................................................    $    554,500.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B* ...........................................................    $    554,500.00

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .................................    $    0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................    $    1,301,770.86

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................    +$    920,811.98

4.   Total liabilities ...........................................................................
    Lines 2 + 3a + 3b    $    2,222,582.84

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SK Global Trading Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>☐ Other | **$2,376,702.00** |
   | **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>☐ Other | **$2,136,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.<br>**See list of vendor payments from 1/1/201** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

PAYMENT FROM JANUARY 1,2018 TO MARCH 22,2018

| COMPANY NAME | TOTAL AMOUNT |
|---|---|
| XANADU TIMEPIECE CORP. | $ 1,672.50 |
| RISONA ,INC | $ 3,000.00 |
| MIAMI PERFUME JUNCTION | $ 59,387.00 |
| WATCHMAN NYC | $ 2,633.00 |
| FRENCH PERFUME INC | $ 31,819.75 |
| MOD TEXTILE AND PERFUMES INC | $ 29,894.00 |
| QUESTER(US)ENT. INC | $ 16,000.00 |
| EUROPA WHOLESALE LTD | $ 4,090.00 |
| B&S FRAGRANCES AND COSMETICS INC | $ 27,154.00 |
| G.WRUBLIN CO.INC | $ 7,824.25 |
| HOUSE OF BRANDS LTD. | $ 21,603.50 |
| BB TRADING WORLDWIDE,INC | $ 10,100.00 |
| UNITED STATES TREASURY | $ 218.12 |
| PRESTIGE COLLECTION LLC | $ 4,455.00 |
| EDI EXPRESS | $ 144.70 |
| EURO PERFUMES | $ 4,018.50 |
| NEWYORK FRAGRANCE | $ 4,404.00 |
| PERFUME CENTER OF AMERICA | $ 104,476.00 |
| UNIVERSAL PERFUMES | $ 18,942.00 |
| PERFUME NETWORK INC | $ 14,068.00 |
| NYS SALES TAX | $ 2,377.36 |
| A & A ADVISORS | $ 375.00 |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | $ 11,700.00 |
| EDGE USA INC | $ 2,592.00 |
| IRS USA TAX | $ 934.00 |
| NYS DTF CT TAX | $ 1,000.00 |
| 29 WEST MANAGER LLC | $ 180,000.00 |

Debtor    **SK Global Trading Inc.**_____    Case number *(if known)* _____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

**5.  Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

**6.  Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| **Part 3:** | **Legal Actions or Assignments** |
| --- | --- |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | SK Global Trading Inc. | State tax proceeding. | NYS Dep't of Taxation Bureau of Conciliation and Mediation Ser | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| **Part 5:** | **Certain Losses** |
| --- | --- |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor    **SK Global Trading Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets — Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Goldberg Weprin Finkel Goldstein LLP 1501 Broadway 22nd Floor New York, NY 10036** | | **Pre-petition** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1177-B Broadway New York, NY 10001-7505** | **Until February 2017** |

## Part 8:    Health Care Bankruptcies

Debtor    __SK Global Trading Inc._____    Case number *(if known)* _____

---

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:** **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list

---

Debtor   **SK Global Trading Inc.**                                    Case number *(if known)* _____

leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| . | | **Security Deposits for subtenants are held by the Landlord as part of the Debtor's security** | $0.00 |

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    **SK Global Trading Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Abdul Shamim**<br>**5056 46th St**<br>**Woodside, NY 11377-7325** | |
| 26a.2.    **IH Accounting Inc.**<br>**Brooklyn, NY 11235** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **NYS Dep't of Taxation**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Abdul Shamim**<br>**5056 46th St**<br>**Woodside, NY 11377-7325** | **NYC Police Department lost books and records** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abdul Shamim** | **5056 46th St**<br>**Woodside, NY 11377-7325** | **President, Sole Shareholder** | **100** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **SK Global Trading Inc.**    Case number (if known) _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-----------------------------------|---------------------------------------------------|
| Mohammad Uddin | 5056 46th St Woodside, NY 11377-7325 | Former 50% shareholder and officer | Left 12/2016 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | Abdul Shamim 5056 46th St Woodside, NY 11377-7325 | $38,432.00 | 2017 | Salary |
| | **Relationship to debtor** President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                    Employer identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 22, 2018**

_____    **Abdul Shamim**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

**United States Bankruptcy Court**
**Southern District of New York, Manhattan Division**

IN RE:                                                    Case No. _____

SK Global Trading Inc. _____    Chapter **11** _____
                    Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 22, 2018** _____    Signature: _____

                                    **Abdul Shamim, President**                        Debtor


Date: _____    Signature: _____

                                                                        Joint Debtor, if any

© 2018 CINgroup 1.866.216.1003 – CINcompass (www.cincompass.com)

Abdul Shamim
5056 46th St
Woodside, NY  11377-7325


Albani Corp
1651 NW 93rd Ave
Miami, FL  33172-2920


B&S Fragrances and Cosmetics Inc
25 Ranick Rd
Hauppauge, NY  11788-4208


BB Trading Worldwide, Inc
8299 NW 30th Ter
Miami, FL  33122-1913


Cosmopolitan Cosmetics, Inc
145 51st St
Brooklyn, NY  11232-4314


French Perfumes International Inc
111 Snyder Rd
South Plainfield, NJ  07080-1915


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

JPMorgan Chase Bank
PO Box 6026
Chicago, IL  60680-6026


LA Fragrances, Inc
18480 Pacific St
Fountain Valley, CA  92708-7005


Linda Foppiano
Bureau of Conciliation and Mediation Ser
15 Metrotech Ctr Fl 5
Brooklyn, NY  11201-3826


Miami Perfume Junction
2851 NW 107th Ave
Doral, FL  33172-2130


Mod Textile and Perfumes Inc
3601 Vineland Rd Ste 11
Orlando, FL  32811-6474


NY City Department of Finance
Bankruptcy Unit
345 Adams St Fl 3
Brooklyn, NY  11201-3719


NYS Dep't of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY  12205-0300

NYS Department of Labor
New York State Department of Labor,
PO Box 15130
Albany, NY  12212-5130


Park Fragrance
70 W 36th St Rm 4B
New York, NY  10018-8040


Perfume Center of America
2020 Ocean Ave
Ronkonkoma, NY  11779-6536


Perfume of the World
2503 Southwell Rd
Dallas, TX  75229-4623


Quester (US) ent Inc
29 Grove St
Hackensack, NJ  07601-5324


Risona Inc
1 Keats Pl
Hicksville, NY  11801-2640


Sahar USA Inc
2029 83rd St
North Bergen, NJ  07047-4710

Scents Forever, Inc
115 Bloomingdale Rd
Hicksville, NY  11801-6508