UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                              Chapter 11

SK Global Trading Inc.,                                                   Case No. 18-10793 JLG

                                          Debtor.
------------------------------------------------------------x

## APPLICATION FOR ENTRY OF FINAL DECREE

The Application of Goldberg Weprin Finkel Goldstein LLP as disbursing agent (the "Disbursing Agent") of SK Global Trading Inc. (the "Debtor"), seeking entry of Final Decree closing the Chapter 11 case, represents and shows this Court as follows:

1. This Chapter 11 case was commenced by the filing of a voluntary petition on March 23, 2013.

2. By Order dated November 22, 2022 (ECF No. 168), the Debtor's Fourth Amended Plan of Reorganization [ECF No. 152] (the "Plan") was confirmed.

3. Operating reports have been filed through the First Quarter of 2023.

4. Pursuant to the Plan, an escrow was established with the undersigned, as Disbursing Agent under the Plan from monies generated by the Debtor from operating profits. From this escrow, the undersigned, as Disbursing Agent, has made all distributions to priority and general unsecured creditors under the Plan. There are outstanding quarterly fees due to the U.S. Trustee through the Second Quarter, 2023, which will be paid from funds remaining in the escrow account once the case is closed and the amount due has been reconciled by the U.S. Trustee.

5. In view of the foregoing, the Plan has been substantively consummated within the meaning of the Bankruptcy Code.

6. Accordingly, the Disbursing Agent hereby moves for the entry of a final decree closing the Chapter 11 case.

WHEREFORE, it is respectfully requested that the pre-fixed Order be entered.

Dated: New York, New York
       June 16, 2023

                                            Goldberg Weprin Finkel Goldstein LLP
                                            Disbursing Agent under the Confirmed Plan
                                            1501 Broadway - 22nd Floor
                                            New York, New York 10036
                                            (212) 221-5700

                                            By:    /s/ J. Ted Donovan