UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

SK Global Trading  Inc.,                                        Case No. 18-10793 JLG

                                    Debtor.
-----------------------------------------------------------x

**CLOSING REPORT IN CHAPTER 11 CASE**

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$36,000.00     FEE for ATTORNEY for DEBTOR

$2,165.85      OTHER PROFESSIONAL FEES and ALL EXPENSES

_____

N/A            TRUSTEE FEE (if applicable)

N/A            FEE for ATTORNEY for TRUSTEE (if applicable)

_____

5%             DIVIDEND PAID/TO BE PAID

0%             FUTURE DIVIDENDS (check if % of future dividend under plan not yet
                    able to be determined)

_____

Yes            INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____ OTHER: (explain)

_____

DATE: 6/16/2023                         APPLICANT: SK Global Trading  Inc.

                                        BY: /s/ J. Ted Donovan