UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SK Global Trading Inc., | Case No. 18-10793 JLG |
| Debtor. | Related to ECF No. 175 |

-------------------------------------------------------------x

## ORDER AND FINAL DECREE CLOSING CHAPTER 11 CASE

Upon the application (the "Application") of Goldberg Weprin Finkel Goldstein LLP as disbursing agent (the "Disbursing Agent") of SK Global Trading Inc. (the "Debtor") seeking entry of a final decree; and proper and sufficient notice of the presentment of this Order and Final Decree having been given; and no objections or requests for a hearing having been filed; and the Court finding that the Plan has been substantially consummated, and the Chapter 11 case has been fully administered; it is hereby

ORDERED, that pursuant to the provisions of Bankruptcy Rule 3022, the above Chapter 11 case be, and the same is closed, and a final decree is issued; and it is further

ORDERED, that the Disbursing Agent shall file a post-confirmation report of disbursements made since the last filed post-confirmation report, and pay all fees pursuant to 28 U.S.C. §1930, together with any applicable interest thereon, within seven (7) days of the entry of this Order.

Dated: New York, NY
July 12, 2023

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
United States Bankruptcy Judge